# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Viktoriia Veselova, | No. CV-26-01604-PHX-DJH (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Todd M Lyons, et al., | |
| Respondents. | |

Petitioner filed this action challenging her present immigration detention, arguing her continued detention since November 2024 without an individualized hearing is a violation of her due process rights. (Doc. 1.)  The Court directed Respondents to respond to the Petition. (Doc. 6.)  Respondents responded:

"[u]nder the facts and circumstances of this case, Respondents do not oppose Petitioner's release from custody at this time."

(Doc. 11.)   The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus Petition to the extent she will be released from custody.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** to the extent she will be released from custody.  The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must **immediately release** Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 20th day of March, 2026.

_____

Honorable Diane J. Humetewa
United States District Judge